## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

**JOYCE LITTLE**                               )
                                               )        **Case Number: 3:10-cv-02355**
          **Plaintiff**                        )
                                               )
          **vs.**                              )
                                               )
**CENTRAL CREDIT SERVICES**                    )
**INC. (CCS)**                                 )
                                               )
                                               )
          **Defendant**                        )
_____)

## <u>STIPULATION OF DISMISSAL</u>

AND NOW, this 6th day of July, 2010,  it is hereby Stipulated and Agreed by and

between counsel for plaintiff and counsel for defendant in the above captioned matter that

the above captioned matter be dismissed with prejudice.


Warren & Vullings, LLP


BY:___/s/ *Bruce K. Warren*
        Bruce K. Warren, Esquire
        Attorney for Plaintiff



Marshall Dennehey Warner Coleman & Goggin, PA

BY: */s/  Andrew M. Schwartz*
        Andrew M. Schwartz, Esquire
        Attorney for Defendant